1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA G. FRANKLIN,

                    Plaintiff,

        v.

NORTHWEST KIDNEY CENTERS, ET AL

                    Defendant.

CASE NO. 2:18-cv-117-cJCC

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff

may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 31st day of January, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge