THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LINDA G. FRANKLIN,

    Plaintiff,

v.

NORTHWEST KIDNEY CENTERS, *et al.*,

    Defendants.

CASE NO. C18-0117-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A status conference was scheduled on this matter for July 10, 2018 at 9:00 a.m. (Dkt. No. 10). Plaintiff was not present when her case was called. Plaintiff is ORDERED to show cause why this case should not be dismissed for lack of prosecution. Within 10 days from the issuance of this order, Plaintiff shall file her response with the Court.

DATED this 10th day of July 2018.

    William M. McCool
    Clerk of Court

    s/Thomas Hernandez
    Deputy Clerk