THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA G. FRANKLIN, | CASE NO. C18-0117-JCC |
| Plaintiff, | ORDER |
| v. | |
| NORTHWEST KIDNEY CENTERS, *et al.*, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. A status conference was scheduled for this matter on July 10, 2018. (Dkt. No. 12.) Plaintiff failed to appear. (*Id*.) The Court ordered Plaintiff to show cause why her complaint should not be dismissed for lack of prosecution. (Dkt. No. 11.) Plaintiff failed to respond. Pursuant to Federal Rule of Civil Procedure 41(b), the Court DISMISSES Plaintiff's complaint without prejudice for lack of prosecution. The Clerk is DIRECTED to close this case. The Clerk is further DIRECTED to send a copy of this order to Plaintiff.

DATED this 6th day of August 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-0117-JCC
PAGE - 1